# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON GREGORY FRIEND, | Case No. SA CV 13-840 CJC (MRW) |
| Petitioner, | JUDGMENT |
| vs. | |
| JEFFREY BEARD, Secretary, CDCR, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 4, 2014

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE